IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. LAFFEY, | ) | |
| | ) | |
| Petitioner, | ) | No. C04-1004-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JERRY BURT, Warden | ) | IN A CIVIL CASE |
| | ) | |
| Respondent. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. Section 2254 is denied.

Dated: May 8, 2006          PRIDGEN J. WATKINS
                                     Clerk

                                       /s/ des

                                     (By) Deputy Clerk